177 P.3d 361

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 7, 2008**

| | | |
|---|---|---|
| 28037 | Godbehere v. Leisten | Affirmed |
| 28184 | Scoble v. Zimmerman | Affirmed |

**February 21, 2008**

| | | |
|---|---|---|
| 27396 | Department of Human Services v. Pontes | Affirmed |
| 28466 | State v. Lorenzo | Vacated and Remanded |

**February 22, 2008**

| | | |
|---|---|---|
| 28190 | State v. Elicker | Affirmed |

**February 26, 2008**

| | | |
|---|---|---|
| 28341 | A.S., In re | Affirmed |
| 28158 | Adam, In re | Affirmed |
| 28352 | State v. Mooney | Affirmed |
| 28345 | State v. Vierra | Affirmed |

**February 28, 2008**

| | | |
|---|---|---|
| 28264 | Kennerly v. Kennerly | Affirmed |
| 28073, 28074 | State v. Clapp | Affirmed |